IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:18CR00053 KGB |
| VS. | ) |
| | ) |
| JAMES LANGFORD | ) |

### MOTION FOR DETENTION HEARING

Comes now the Defendant, James Langford, by and through his attorney, James H. Phillips, and for his Motion for Detention Hearing, states as follows:

1. Defendant, James Langford, reserved on the issue of detention during arraignment because there was a state parole hold.

2. Defendant Langford has now been released from the state hold and requests this Court set a detention hearing.

3. At such hearing, Defendant Langford will present evidence of a release plan that will satisfy the requirements for release.

WHEREFORE, the Defendant James Langford prays for the above relief.

Respectfully submitted,

/s/ James H. Phillips
James H. Phillips (77103)
Attorney at Law
111 Center Street, Suite 1200
Little Rock, AR  72201
(501) 376-3003
jhphillips@windstream.net

### CERTIFICATE OF SERVICE

I, James H. Phillips, hereby certify that a true and correct copy of the foregoing pleading has been served via electronic mail, this 6th day of June, 2018 upon:

Anne Gardner
United States Attorney's Office
P.O. Box 1229
Little Rock, AR  72203

/s/ James H. Phillips